**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

October 24, 2023

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via Email*

**Re: United States v. Manuel Perez,**
23 Cr. 494 (VEC)

Your Honor:

    I write to request a change in Mr. Perez's release conditions, to which the government, by William Kinder, Esq., and pretrial consent. Mr. Perez was released on a ten thousand dollar bond signed by one co-signer and is subject to a curfew with electronic monitoring. Currently his curfew permits Mr. Perez to be out of his home from 5:00 a.m. to 10:00 p.m. to work. I am seeking a one hour expansion of his curfew so that he may be out until 11:00 p.m for work. In other words, in accord with the new curfew, Mr. Perez will be required to be in his home from 11:00 p.m. to 5:00 a.m.

    Mr. Perez's pretrial officer has indicated that he has been in compliance with his release conditions. Therefore, I ask that the Court approve the requested change.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

Application GRANTED. Manuel Perez's terms of pretrial release are modified such that his curfew will now begin at 11:00 P.M. and end at 5:00 A.M. All other previous terms and conditions of release will remain in place.

SO ORDERED.

*Valerie Caproni*     10/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE