USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

March 5, 2024

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*



**Re: United States v. Manuel Perez,**
23 Cr. 494 (VEC)

Your Honor:

    I write with the consent of the government, by William Kinder, Esq, to request an adjustment to the pretrial schedule set in relation to the May 6, 2024 trial date. Currently Motions in Limine (MILs) are due on March 8, 2024, with MIL responses, requests to charge and voir dire requests due on March 22, 2024. I seek a one week change to the schedule so that MILs will be due March 15, 2024 and MIL responses, requests to charge, and voir dire requests will be due on March 29, 2024.

    I make this request to give the parties additional time to continue plea discussions. Speedy time has been previously excluded to May 6, 2024.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

Application GRANTED. The deadline to file motions in limine is extended from Friday, March 8, 2024, to **Friday, March 15, 2024**. The deadline to file responses to the motions in limine, proposed voir questions, and requests to charge is extended from Friday, March 22, 2024, to **Friday, March 29, 2024**.

No further extensions will be granted absent extraordinarily good cause.

SO ORDERED.

*[signature]*

3/5/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE