USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA        :
                                        :      23-CR-494 (VEC)
         -against-                :
                                        :      <u>ORDER</u>
  MANUEL PEREZ,                    :
                            Defendants.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 11, 2024, the Government notified the Court that Manuel Perez requests a change of plea hearing.

      IT IS HEREBY ORDERED that Mr. Perez's change of plea hearing is scheduled for **Wednesday, March 13, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: March 11, 2024**
**New York, NY**

                                        **VALERIE CAPRONI**
                                          **United States District Judge**