USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

MANUEL PEREZ,

                      Defendant.

------------------------------------------------------------- X

23-CR-494 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 13, 2024, Defendant Manuel Perez appeared for a plea conference, during which he pled guilty to Counts One and Two of the Superseding Information.

    IT IS HEREBY ORDERED that the parties must appear for sentencing on **Monday, July 8, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **Monday, June 24, 2024**.

    IT IS FURTHER ORDERED that, by not later than **Monday, June 10, 2024**, the parties must file a joint letter via ECF indicating whether an evidentiary hearing is required regarding the appropriate Guidelines calculation and, if so, three mutually convenient dates for the hearing in advance of the scheduled sentencing date.

    IT IS FURTHER ORDERED that Mr. Perez's bail conditions are to remain in place.

**SO ORDERED.**

Date: March 13, 2024
New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**