```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :     23-CR-494 (VEC)
            -against-                 :
                                      :     ORDER
MANUEL PEREZ,                         :
                                      :
                        Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 21, 2024, Defendant Manuel Perez appeared for his sentencing;

      WHEREAS at the sentencing, Mr. Perez requested permission to travel to New Jersey to visit the cemetery where his brother and grandmother are buried, and he further requested that his ankle monitor be removed for the remainder of his pretrial release pending his surrender date; and

      WHEREAS, after the sentencing, Mr. Perez filed a letter motion, *see* Dkt. 67, withdrawing his request to remove his ankle monitor and requesting, more specifically, that he be allowed to visit the cemetery where his brother and grandmother are buried on October 2, 2024;

      IT IS HEREBY ORDERED that Mr. Perez's request to travel on October 2, 2024, to New Jersey to visit the cemetery where his brother and grandmother are buried is GRANTED. Mr. Perez must provide his Pretrial Services Officer with the address of the cemetery and the times by which he plans to leave and return.

      IT IS FURTHER ORDERED that Mr. Perez's request for his ankle monitor to be removed is DENIED because Mr. Perez has withdrawn his request.

      IT IS FURTHER ORDERED that the Court will defer on ruling on Mr. Perez's request to relocate to his mother's residence until after consulting with Pretrial Services. Pretrial Services must consult with Mr. Perez's mother regarding whether she is agreeable to him returning to her

residence and inform the Court of her response.  Further, Pretrial Services must inform the Court of its view of Mr. Perez's request, including whether it consents, objects, or takes no position.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 67.

**SO ORDERED.**

Date:  August 21, 2024
New York, NY

**VALERIE CAPRONI**
**United States District Judge**