USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
: 23-CR-494 (VEC)
-against- :
: ORDER
:
MANUEL PEREZ, :
:
Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 21, 2024, Defendant Manuel Perez was sentenced to eighteen months' imprisonment, and he was ordered to surrender on October 29, 2024, *see* Judgment, Dkt. 69;

WHEREAS also on August 21, 2024, after the sentencing, Mr. Perez filed a letter motion, *see* Dkt. 67, requesting, *inter alia*, that he be allowed to relocate from the shelter to his mother's residence;

WHEREAS the Court deferred ruling on Mr. Perez's request to relocate to his mother's residence until it could consult with Pretrial Services;

WHEREAS the Court has consulted with Mr. Perez's Pretrial Services Officer, who has spoken to both Mr. Perez and his mother; and

WHEREAS Pretrial Services does not object to the relocation;

IT IS HEREBY ORDERED that Mr. Perez's request to relocate to his mother's residence is GRANTED. Mr. Perez must inform his Pretrial Services Officer when he plans to return to his mother's residence. All other conditions of pretrial release remain in effect, and nothing in this order modifies his surrender date.

**SO ORDERED.**

**Date: August 28, 2024**   **VALERIE CAPRONI**
**New York, NY**   **United States District Judge**