```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/24
```

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 25, 2024

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Manuel Perez,
23 Cr. 494 (VEC)

Your Honor:

    I write to request a month extension of Manuel Perez's surrender date which is currently set for Tuesday October 29, 2024. Mr. Perez has yet to receive his designation letter from the BOP. If this application is not granted, Mr. Perez would have to surrender to MDC Brooklyn. As the Court is aware, there has been an increase in serious issues in MDC including violence: several stabbings and two alleged murders. In MDC inmates are locked down for long periods of time. There is no access to GED tutors and it is very difficult to schedule and take the GED test. As Mr. Perez is likely to be designated to a camp, it would be preferable for him to surrender to serve his time at his designated facility, which will be less problematic that MDC. Mr. Perez was attending classes before his sentence and would like to continue study for and take the GED test, which can happen in a camp.

    The government, by William Kinder, Esq., has no objection to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

Application DENIED. Mr. Perez has been designated to serve his sentence at the FCI Schuylkill Satellite Camp and must surrender there by Tuesday, October 29, 2024.

SO ORDERED.

*[signature]*       10/28/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE