USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 23-CR-494 (VEC)
-against- :
: ORDER
MANUEL PEREZ, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 21, 2024, the Court sentenced Defendant Manuel Perez to eighteen months' imprisonment for violations of 18 U.S.C. §§ 371 and 1708, see Judgment, Dkt. 69;

WHEREAS on August 12, 2025, Mr. Perez moved for a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), see Mot., Dkt. 127, which went into effect on November 1, 2023, and which applies retroactively; see U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1; and

WHEREAS Mr. Perez is not eligible for a sentence reduction pursuant to Amendment 821 because he was not a "zero point" offender (he had three criminal history points) and no points were added for committing this offense while under a criminal justice sentence, see Presentence Investigation Report, Dkt. 54, ¶¶ 29, 42–50; Sentencing Tr., Dkt. 79, at 12:2–14, 23:18–14; U.S.S.G. §§ 4A1.1(e), 4C1.1;

IT IS HEREBY ORDERED that Mr. Perez's motion for a sentence reduction is DENIED. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 127.

**SO ORDERED.**

Date: September 23, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**