USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/18/2026___

**MEMO ENDORSED**

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 17, 2026

Hon. Valerie E. Caproni
United States District Court
40 Foley Sq,
New York, N.Y. 10007
*via ECF*

Re: United States v. Manuel Perez
23 Cr. 494 (VEC)

Your Honor:

Manuel Perez has finished his sentence and is currently on supervised release. His original release conditions required him to surrender his passport. I write to ask the Court to authorize the Pretrial Service Office to return Mr. Perez's passport to him.

Respectfully,

*Lisa Scolari*

Lisa Scolari

~~SO ORDERED:~~

_____

~~HON. VALERIE E. CAPRONI~~

Application GRANTED.  The Pretrial Service Office is authorized to return Mr. Perez's passport.

SO ORDERED.

2/18/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE